UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WARD,<br>CDCR #BN-7790,<br><br>         Plaintiff,<br><br>vs.<br><br>CORRECTIONAL OFFICERS<br>PASCUAL, SOSA and MASSARO,<br><br>         Defendants. | Case No.:  3:23-cv-1423-BAS-AHG<br><br>**ORDER GRANTING MOTION FOR COPY OF COMPLAINT AND EXTENDING TIME TO AMEND** |

  Plaintiff Joseph Ward is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights Complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On October 25, 2023, the Court screened the Complaint and found it survived screening with respect to the First and Eighth Amendment claims against Defendant Pascal only and dismissed the remaining claims against the remaining Defendants without prejudice. (ECF No. 4.) Plaintiff was instructed to notify the Court of his choice of going forward with the claims that survived screening or attempting to amend the Complaint to cure the pleading deficiencies of the claims which did not survive screening. (*Id.*)

  Plaintiff has now filed a Reply in which he indicates he wishes to file an amended complaint. (ECF No. 5.) He has also filed a Motion for a copy of his original Complaint

1  to assist him in amending.  (ECF No. 6.)  The Court **GRANTS** Plaintiff's Motion for a
2  copy of his Complaint and **DIRECTS** the Clerk of Court to send a copy of the Complaint
3  (ECF No. 1) to Plaintiff.  The Court also *sua sponte* **EXTENDS** the time to amend to forty-
4  five (45) days after the date this Order is filed.

5       Plaintiff's First Amended Complaint must be complete by itself without reference
6  to any previous version of his Complaint.  Any Defendants not re-named and any claims
7  not re-alleged in the First Amended Complaint will be considered waived.  See S.D. Cal.
8  CivLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546
9  (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa*
10 *County*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to
11 amend which are not re-alleged in an amended pleading may be "considered waived if not
12 repled").

13      **IT IS SO ORDERED**.

15 **DATED: November 20, 2023**

Hon. Cynthia Bashant
United States District Judge